## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

December 30, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**    *Murphy v. Amorepacific Us Inc.*
> Case No.: 1:24-cv-9427

Dear Judge Torres,

The undersigned represents James Murphy ("Plaintiff") in the above referenced matter against Defendant, Amorepacific Us Inc., ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq.

cc: All counsel of record via ECF